IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ANTHONY MARTINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 125-220 |
| | ) | |
| CAPT DANIELS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** all pending motions, (doc. nos. 6, 7), **DISMISSES** this case without prejudice, and **CLOSES** this civil action. Moreover, none of the Defendants named in the above-captioned case are required to appear by answer or response to defend the allegations raised in the pleadings filed in the Superior Court of Richmond, County, Georgia, 2025RCCV00716, and removed to this Court as Civil Action Number CV 125-220, unless or until ordered to do so by this Court.

SO ORDERED this 10th day of December, 2025, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA